KILPATRICK TOWNSEND & STOCKTON LLP
GREGORY S. GILCHRIST (Bar # 111536)
GIA L. CINCONE (Bar # 141668)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: gsgilchrist@townsend.com, glcincone@townsend.com

Attorneys for Plaintiff
LEVI STRAUSS & CO.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO.,<br><br>        Plaintiff,<br><br>        v.<br><br>A.V. DENIM, INC.,<br><br>        Defendant. | Case No. C11-00007 MEJ<br><br>**NOTICE OF TENTATIVE SETTLEMENT AND [PROPOSED] ORDER SUSPENDING CASE MANAGEMENT DATES** |

Plaintiff Levi Strauss & Co. hereby notifies the Court that the parties have reached a tentative settlement of their dispute. The parties are in the process of documenting the terms of the settlement, and Levi Strauss & Co. expects to dismiss this action without prejudice as soon as the settlement is finalized. Accordingly, Levi Strauss & Co. respectfully requests that all case management dates be suspended for 90 days.

DATED: April 7, 2011    Respectfully submitted,


By: _____
    Gia L. Cincone
    KILPATRICK TOWNSEND & STOCKTON LLP
    Attorneys for Plaintiff
    LEVI STRAUSS & CO.

1. IT IS SO ORDERED.

2. Dated: April 8, 2011

3. _____
   Hon. Maria-Elena James
   United States Magistrate Judge